United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 14, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-40649
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EARL WILLIAMS, JR.,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:04-CR-106-20
--------------------

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Earl Williams, Jr., has requested leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Williams has received a copy of counsel's motion and has filed a pro se response. In his response, Williams contends that his trial counsel was ineffective. We conclude that the record is insufficiently developed to allow consideration on direct appeal of Williams's claims of ineffective assistance of counsel. See United States v. Higdon, 832 F.2d 312, 313-14 (5th Cir. 1987).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Our independent review of the record, counsel's brief, and Williams's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.